FILED
CLERK, U.S. DISTRICT COURT

JAN 14 08

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ANDREW NAVA,<br><br>            Petitioner,<br><br>    vs.<br><br>MICHAEL KNOWLES, WARDEN,<br><br>            Respondent. | CASE NO. ED CV 07-00096 PA (RZ)<br><br>JUDGMENT |

This matter came before the Court on the Petition of JOSE ANDREW NAVA for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: January 10, 2008

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE